UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )   Case No. CR08-0285
                                         )
            v.                           )   DETENTION ORDER
                                         )
JONATHAN D. CONNELLY,                    )
                                         )
                    Defendant.           )
                                         )

Offenses charged:

    Possession of methamphetamine.

Date of Detention Hearing: August 19, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has been charged by information with possession of methamphetamine. The defendant has a lengthy criminal history including two felony convictions and 26 misdemeanor convictions. He has a lengthy history of failing to appear for court appearances and numerous warrants for his arrest have been issued. In 2008 four warrants for his arrest were

DETENTION ORDER -1

issued. In addition, he failed to comply with court ordered treatment and received 20 days of imprisonment in July 2008.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of August, 2008.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge
